UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KAVOUISE JACKSON,<br><br>            Plaintiff,<br><br>      v.<br><br>DR. FRANCISCO, *et al.*,<br><br>            Defendants. | Case No. 2:18-cv-02247-RFB-NJK<br><br>**ORDER TO PRODUCE**<br>**KAVOUISE JACKSON,**<br>**#1201171** |

TO:     MADELINE DAVIS, NEVADA DEPARTMENT OF CORRECTIONS; and

TO:     PERRY RUSSELL, WARDEN, NORTHERN NEVADA CORRECTIONAL CENTER -STEWART CONSERVATION CAMP, CARSON CITY, NV
UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA
AND ANY OTHER UNITED STATES MARSHAL

**THE COURT HEREBY FINDS** that **KAVOUISE JACKSON, #1201171**, is presently in custody of the Nevada Department of Corrections, located at Northern Nevada Correctional Center, Stewart Conservation Camp, Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Northern Nevada Correctional Center – Stewart Conservation Camp, or his designee, shall arrange for and produce **KAVOUISE JACKSON, #1201171**, on or about Friday, March 12, 2021, at the hour of 1:00 p.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **KAVOUISE JACKSON, #1201171**, is released and discharged by the said Court; and that **KAVOUISE**

///

///

///

1   **JACKSON, #1201171**, shall thereafter be returned to the custody of the Warden, Northern Nevada Correctional Center – Stewart Conservation Camp, Carson City, NV, under safe and secure conduct.

    DATED this 1st day of March, 2021.

    _____
    **RICHARD F. BOULWARE, II**
    **UNITED STATES DISTRICT JUDGE**