UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KAVOUISE JACKSON,<br><br>                Plaintiff,<br><br>        v.<br><br>DR. FRANCISCO, *et al.*,<br><br>                Defendants. | Case No. 2:18-cv-02247-RFB-NJK<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE/ TELECONFERENCE APPEARANCE KAVOUISE JACKSON, #1201171** |

TO:    PERRY RUSSELL, WARDEN, NORTHERN NEVADA CORRECTIONAL CENTER, CARSON CITY, NV

**THE COURT HEREBY FINDS** that **KAVOUISE JACKSON, #1201171**, is presently in custody of the Nevada Department of Corrections, located at Northern Nevada Correctional Center Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Northern Nevada Correctional Center, or his designee, shall arrange for and produce **KAVOUISE JACKSON, #1201171**, on or about Wednesday, March 23, 2022, at the hour of 2:00 p.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **KAVOUISE JACKSON, #1201171**, is released and discharged by the said Court; and that **KAVOUISE JACKSON, #1201171,** shall thereafter be returned to the custody of the Warden, Northern Nevada Correctional Center, Carson City, NV, under safe and secure conduct.

DATED this <u>11th</u> day of March, 2022.

_____
RUCHARD F. BOULWARE, II
United States District Judge